UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  24-cv-81116-SMITH

**NELSON FERNANDEZ**,

      Plaintiff,

vs.

**LEFKO LLC, d/b/a SALUTE MARKET,
a Florida limited liability company**,

      Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff NELSON FERNANDEZ and Defendant LEFKO LLC, d/b/a SALUTE MARKET,

through their respective undersigned counsel, pursuant to Local Rule 16.4, hereby provide notice that

the parties have reached a settlement and will be executing necessary paperwork resolving all claims

and matters in the case.  Accordingly, the parties respectfully request that the Court provide the parties

twenty (20) days to finalize their settlement agreement and for Plaintiff to file the necessary dismissal

document(s).

      Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 6355 N.W. 36th Street Suite 307 |
| Sunrise, FL 33351 | Virginia Gardens, FL 33166 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: Duranandassociates@gmail.com |

By:___*s/ Roderick V. Hannah*___          By:___*s/ Pelayo M. Duran*___
    RODERICK V. HANNAH                 PELAYO M. DURAN
    Fla. Bar No. 435384                    Fla. Bar No. 0146595

2

**KIBBEY | WAGNER, PLLC**
Counsel for Defendant
300 Avenue of the Champions Suite 220
Palm Beach Gardens, FL 33418
T. (561) 944-4000
Email: mblum@kibbeylaw.com
natalia@kibbeylaw.com


By:      *s/ Michael Blum*
            MICHAEL BLUM, Esq.
            Fla. Bar No. 68260