**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-81116-CIV-SMITH**

NELSON FERNANDEZ,

      Plaintiff,

v.

LEFKO LLC, d/b/a SALUTE MARKET,

      Defendant.

_____/

**ORDER OF DISMISSAL**

This cause is before the Court upon Plaintiff's Notice of Voluntary Dismissal without Prejudice [DE 13].  Upon consideration, it is

    **ORDERED** that:

1.  This case is **DISMISSED without prejudice**.

2.  The case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 30th day of December, 2024.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:      counsel of record